IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01662-LTB

VERNELL MITCHELL,

        Plaintiff,

v.

ANGEL MEDINA, Warden, et al [sic],
COLORADO ATTORNEY GENERAL,
APPELLATE JUDGE METZGER,
APPELLATE JUDGE NEY,
APPELLATE JUDGE RULAND,
DISTRICT CT. JUDGE L. A. MANZANARES,
DIST. CT. JUDGE ANNE M. MANSFIELD, and
DIST. CT. JUDGE WILLIAM D. ROBBINS,

        Defendants.

---

ORDER TO CURE DEFICIENCY

---

Babcock, Senior Judge

        Plaintiff submitted a Notice of Appeal on December 13, 2011. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
       X    is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
       X    is not submitted
       __    is missing affidavit
       __    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
       __    is missing required financial information
       __    is missing an original signature by the prisoner

  ___  is not on proper form (must use the court's current form)
  ___  other_____

Accordingly, it is

  ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order.  Any papers that Plaintiff filed in response to this order must include the civil action number on this order.  It is

  FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

  FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

  DATED at Denver, Colorado this  15th  day of December, 2011.

            BY THE COURT:


             s/Lewis T. Babcock
            SENIOR JUDGE, UNITED STATES DISTRICT
            COURT FOR THE DISTRICT OF COLORADO